IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:23-cv-287-FL

MATTHEW FEEHAN,

   Plaintiff,

v.

GRAND CANYON UNIVERSITY, RMS, INC.,

   Defendants.

**INDEX OF EXHIBITS TO AFFIDAVIT OF JENNIFER LECH**

| | | |
|---|---|---|
| A. | Feehan Application & Enrollment Agreement |
| B. | Feehan Certificate of Eligibility Letter |
| C. | Feehan Doctoral Memorandum of Understanding |
| D. | Feehan VIRS |
| E. | Feehan Program Start Date |
| F. | Feehan Registration, Acknowledgement, & Approval of Benefits |
| G. | Feehan Attendance Records |
| H. | Feehan VA Enrollment Certification |
| I. | Feehan Completed Withdrawal Request |
| J. | Feehan VA Amendment |
| K. | Feehan VA Termination |
| L. | VA OP Letter |
| M. | Feehan First DMC Letter |
| N. | Feehan Second DMC Letter |
| O. | Feehan Third DMC Letter |
| P. | Feehan VA Paid in Full Letter |