# ADMISSIONS CRITERIA AND APPLICATION INSTRUCTIONS

The Application for Admission is a tool for the University to assess the academic capabilities of each applicant interested in attending Grand Canyon University (GCU). Please note, meeting the minimum requirements for admission does not guarantee admission to the University.

## BACCALAUREATE ADMISSION REQUIREMENTS

All students must submit either acceptable high school or college transcripts to be considered for full admission into the University. Additionally, if students cannot meet the GPA requirements with their transcripts, but have test scores or a college-GPA that meets admissions requirements, students will be eligible for full admission. If both the degree-bearing transcript and the test scores do not meet admission requirements, students may be Accepted with Specifications.

1. Degree-bearing, secondary (high school) transcript:
   - An unweighted GPA of 3.00 or above
     - Home school transcripts from a state that recognizes home schooling as a valid secondary school option.
     - Students who reside in a state without home schooling as a valid secondary school option will be Accepted with Specifications.
2. General Education Development (GED) and transcripts of all credit-bearing course work:
   - 2014 Series and later: Cumulative score of 680 or above
   - 2002-2013 Series: Cumulative score of 3000 or above
   - 2002 Series and prior: Cumulative score of 258 or above
3. High School Equivalency Test (HiSET):
   - Traditional and Nontraditional campus: Cumulative score of 80 or above; and transcripts of all credit-bearing course work
4. State Equivalency Diploma:
   - Traditional and Nontraditional campus: Students will be Accepted with Specifications.
5. Self-Certification:
   - Per HEA Sec. 484(d), 34 CFR 668.32(e), students are allowed to self-certify that they received a high school diploma or high school equivalency certificate. If students self-certify, they will not be required to submit a copy of their high school diploma/transcripts to Grand Canyon University, unless specifically required to do so. Students who self-certify will be Accepted with Specifications.

### Baccalaureate Acceptance

If students cannot meet the GPA requirements with their transcripts, but have test scores or a college-GPA that meets admissions requirements, students will be eligible for full admission. Otherwise, students will be Accepted with Specifications.

1. Test Scores:
   - Composite score of 19 or above on the ACT. GCU ACT code is 0092.
   - Composite score of 920 or above (1600 point scale) or 1380 or above (2400 point scale) on the Scholastic Aptitude Test (SAT). GCU SAT code is 4331.
2. College GPA:
   - Post-secondary (college) transcript(s) showing 6 to 24 transferable credits with an unweighted GPA of 2.75 or above.
   - Post-secondary (college) transcript(s) showing 25 to 90 transferable credits with an unweighted GPA of 2.25 or above.
   - Post-secondary (college) transcript(s) indicating an earned bachelor degree with an unweighted GPA of 2.00 or above.

Applicants who do not meet one of the above criteria may be Accepted with Specifications.

Applicants should be advised that some degree programs at GCU have competitive admissions or require college-specific admission requirements beyond the University level admission requirements. These college-specific admission requirements are available in GCU's University Policy Handbook located on www.gcu.edu.

## MASTER'S DEGREE AND GRADUATE CERTIFICATE ADMISSION REQUIREMENTS

All applicants must submit baccalaureate bearing college transcripts to meet the admission requirements of the University. Additionally, if students cannot meet the GPA requirements with their transcripts, but have a test score that meets admissions requirements, students will be eligible for full admission. If both the degree-bearing transcript and the test scores do not meet admissions requirements, students may be eligible to be admitted based on the Standards for Admission with Specifications listed in the University Policy Handbook.



Grand Canyon University™     3300 W Camelback Rd, Phoenix, AZ 85017 | www.gcu.edu | 1-85

**Transcripts (Required):**

1. Undergraduate degree from an accredited, GCU-approved college, university or program with a GPA of 2.8 or higher on the degree-bearing transcript
2. Graduate degree from an accredited, GCU-approved college, university or program

**Test Scores (Optional):**

1. Graduate Management Admissions Test (GMAT):
   - Score of 500
2. Graduate Record Examination (GRE):
   - Prior to 8/1/11: Combined score of 1,000 for the verbal and quantitative sections
   - After 8/1/11: Combined score of 300 for the verbal and quantitative sections

Applicants who do not meet one of the above criteria may be Accepted with Specifications.

Applicants should be advised that some degree programs at GCU have competitive admissions or require college-specific admission requirements beyond the University level admission requirements. These college-specific admission requirements are available in GCU's University Policy Handbook located on www.gcu.edu.

# DOCTORAL ADMISSION REQUIREMENTS

Applicants to the doctoral programs may be accepted for admission by meeting the full range of criteria for one of the options specified below.

Have earned a doctoral degree or GCU-approved post-master's program from a regionally accredited institution with a GPA of 3.4 or higher on the degree-bearing transcript. Applicants with a GPA less than 3.4 will be Accepted with Specifications.
**OR**
Have earned a master's degree from a regionally accredited institution with a GPA of 3.4 or higher in the degree on the degree-bearing transcript. Applicants with a GPA of 3.0 – 3.39 will be Accepted with Specifications. Applicants with a GPA below a 3.0 will not be accepted into the University.
**AND**
Submit a Letter of Intent of approximately 250 – 400 words. The Letter of Intent is designed to help learners begin their Doctoral Journey in a reflective and purposeful manner.

Applicants should be advised that some degree programs at GCU have competitive admissions or require college-specific admission requirements beyond the University level admission requirements. These college-specific admission requirements are available in GCU's University Policy Handbook located on www.gcu.edu.

# INTERNATIONAL STUDENT ADMISSIONS

International students may be citizens of the United States with foreign academic credentials or have entered the country on a lawful immigrant or nonimmigrant visa. The follow details the requirements for international student admissions which need to be submitted as part of the application.

1. Official Transcript(s):
   - Submit official evaluation of all college-level courses taken at institutions outside of the U.S. A list of approved agencies are available in the University Policy Handbook located on www.gcu.edu.
   - Official evaluation records and/or transcripts must be mailed directly from the issuing evaluation agency or institution to the Office of Academic Records.
2. English Language Proficiency Documentation and/or Test of English as a Foreign Language Results
3. For F1 Visa Applicants Only:
   - Submit original documentation of financial guarantee, showing that you have the funds to cover the costs of your education for at least two semesters. If a sponsor will cover the expenses of your education, submit an affidavit of support from your sponsor.
   - Prior to registration for classes, submit your required deposit which will apply toward the tuition of your first academic year.
   - To ensure the accuracy of your I-20 document, submit a copy of your passport.
4. For Ground Traditional Applicants Only: If you wish to participate in athletic programs, contact the GCU Athletic Eligibility Coordinator to determine the eligibility requirements for National Collegiate Athletic Association (NCAA) athletes.

# APPLICATION SUBMISSION

Please submit your application directly to your university counselor.

**Grand Canyon University**™  3300 W Camelback Rd, Phoenix, AZ 85017 | www.gcu.edu | 1-855-GCU-LOPE

Case 7:23-cv-00287-FL    Document 28-2    Filed 12/06/23    Page 2 of 15

page 2 of 15

# APPLICATION

## GENERAL INFORMATION (Please type or print clearly)

| | |
|---|---|
| **First Name:** | Matthew |
| **Middle Name:** | |
| **Last Name:** | Feehan |
| **Maiden/Former Name:** | |
| **Date of Birth (mm/dd/yyyy):** | [redacted] |
| **Country of Birth:** | New Zealand |
| **Primary Language:** | English |
| **Social Security Number:** | On File |

## CONTACT INFORMATION (All fields required)

| | |
|---|---|
| **Street Address:** | 3405 Sahara Dr Apt 4 |
| **Country:** | United States |
| **Zip/Postal Code:** | 78541-0704 |
| **State/Province:** | TX |
| **City:** | Edinburg |
| **Email Address:** | mfeehan2021@gmail.com |
| **Daytime Phone:** | 512-660-1488 |
| **Evening Phone:** | |
| **Cell Phone:** | |

## DEMOGRAPHIC INFORMATION (All fields required)

| | |
|---|---|
| **Country of Citizenship:** | United States |
| **If your country of citizenship is not the U.S., have you been approved under the Deferred Action for Childhood Arrivals (DACA) guidelines?** | ☐ Yes  ☒ No |
| **If you are currently in the U.S., what is your visa status?** | |
| Visa Expiration (mm/dd/yyyy): | |
| **Are you an F-1 Student?** | ☐ Yes  ☒ No |
| If yes, what institution issued you the I-20? | |
| **U.S. Military Status (select one):** | ☐ Not Applicable  ☐ Active Duty<br>☐ Reserve  ☒ Veteran<br>☐ Spouse  ☐ Retired<br>☐ Dependent  ☐ DOD Employee |
| **Have you ever been convicted of a felony?** | ☐ Yes  ☒ No |
| If you have, please explain: | |
| **Are you currently incarcerated?** | ☐ Yes  ☒ No |
| If you are, please enter name of institution: | |
| **Is your ethnic background Hispanic or Latino?** | ☐ Yes  ☒ No |
| **Please identify as one or more of the following groups:** | ☐ Black / African American<br>☐ Asian  ☐ Native Hawaiian / Pacific Islander<br>☒ White  ☐ American Indian / Alaskan Native |
| **What is your sex?** | ☒ Male  ☐ Female |

## DEMOGRAPHIC INFORMATION (Fields are optional and used for research purposes only)

☑ I choose not to answer the demographic information questions below.

**Marital Status:** ☐ Single  ☐ Married  ☐ Separated  ☐ Divorced  ☐ Widowed

**Name of enrolled principal tribe:**

**Religious Affiliation:**

**Name of Local Religious Institution:**

## PROGRAM SELECTION

**Are you currently attending high school?** ☐ Yes  ☑ No

**Are you currently enrolled in or have you completed college level credits?** ☐ Yes  ☑ No

**I am applying to Grand Canyon University as a:**

☐ Freshman (0 College Credits)            ☐ Graduate
☐ Freshman Transfer (Less than 24 College Credits)  ☐ Second Bachelor Degree
☐ Transfer (More than 24 College Credits)  ☑ Doctoral Student
☐ Re-admit (Returning GCU Student)        ☐ Non-Degree seeking student

**How would you like to attend?**

☐ Main Campus  ☑ Online  ☐ Evening-Campus  ☐ Evening-Satellite

**Degree Level:**

☐ Bachelors  ☐ Masters  ☐ Certificate  ☐ Doctorate  ☐ Associates  ☑ Bridge  ☐ Non-Degree

**Program:** Bridge (Doctor of Business Administration: Data Analytics Quantitative Research)

**Start Date:** 05/12/2022

## EDUCATIONAL INFORMATION

**High School Diploma Type:**

☐ Diploma  ☐ High School Equivalency Test (HiSET)  ☐ Home Schooled
☐ General Education Development (GED)  ☐ State Equivalency Diploma  ☐ Other

**Institution name:**

**Country:**

**State/Province:**

**City:**

**High School G.P.A.:**

**Actual / Anticipated High School Graduation Date:**

**Self Certify High School Transcripts:** ☐ Yes  ☑ No

## Transfer and Graduate Applicants

Grand Canyon University will request official transcripts from accredited, GCU-approved college, university, or program. Applicants are required to complete a Transcript Request Form.

```
For GCU Entry ONLY:
OR
IR
Source
Campaign
```

# ACKNOWLEDGEMENTS

**ACKNOWLEDGEMENT:**
I acknowledge having received Grand Canyon University's Policy Handbook and Academic Catalog, and any posted supplements, available to me at the website: https://www.gcu.edu/academics/academic-policies.php.  In addition, I understand I can receive the most up-to-date information at the above site regarding degree program admission and completion requirements, program objectives, schedule of tuition and fees, and all University policies, including cancellation and refund policies.

**TECHNOLOGY REQUIREMENTS:**
Courses will require access to computers, the Internet and email.  Some courses may also require additional software.  It is important that students check the University Policy Handbook for specific technology requirements for each course in which they enroll.  Some courses may have different or additional requirements.

**GENERAL INFORMATION:**
All students must purchase textbooks and other materials for courses; these expenses are in addition to the tuition.  This can include lab fees, course material fees, or testing fees within specific programs.  Some courses will include electronic textbooks for which students will be charged a course materials fee.

Grand Canyon University does not guarantee job placement to graduates upon program/course completion or upon graduation.  To acknowledge your understanding of the above information presented on your Enrollment Agreement, and receipt of or access to the University Policy Handbook, please sign and date below.

**RIGHT TO CHANGE REQUIREMENTS:**
The University reserves the right to make changes of any nature to the calendar, admission, degree requirements, fees, regulations, course offerings, programs, or academic schedules whenever they are deemed necessary or desirable, including changes or modifications of course content, class scheduling, offering patterns, cancelling of scheduled classes, or other academic activities.

The Grand Canyon University Policy Handbook does not establish a contractual relationship; rather, it sets forth academic and other requirements that students must meet to be granted a degree and, in some circumstances, to continue to be enrolled at the institution.  While advisors and other Grand Canyon University personnel are available to guide students with respect to the requirements, students ultimately bear the responsibility of following the requirements.

Students should view the Academic Catalog for college and program specific information.

**NOTICE OF NON-DISCRIMINATION:**
Grand Canyon University, while reserving its lawful rights where appropriate to take actions designed to ensure and promote the Christian principles that sustain its mission and heritage, prohibits unlawful discrimination, including any form of harassment and/or retaliation, on the basis of age, disability, national origin, race, color, religion, sex, pregnancy, veteran status, or any other classification protected by applicable law, in its employment, admissions policies, educational programs, or activities. It is the purpose of the University to pursue the very highest and academic standards within a context that celebrates and extends the spiritual and ethical ideals of the Christian faith. This policy also complies with the Title IX requirements related to non-discrimination. Inquiries about the application of Title IX may be made internally to:

Shanna Milonas, MBA
Title IX and 504 Coordinator
Assistant Vice President of Academic Compliance
3300 W. Camelback Rd. Phoenix, AZ 85017
(602) 639-5900
Email: TitleIX@gcu.edu
Web: www.gcu.edu/titleix (http://www.gcu.edu/titleix)

Inquiries may be made externally to:

Grand Canyon University™   3300 W Camelback Rd, Phoenix, AZ 85017 | www.gcu.edu | 1-855-GCU-LOPE
Case 7:23-cv-00287-FL    Document 28-2    Filed 12/06/23    Page 5 of 15
page 5 of 15

Office for Civil Rights (OCR)
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202-1100
Customer Service Hotline #: (800) 421-3481
Facsimile: (202) 453-6012
TDD#: (877) 521-2172
Email: OCR@ed.gov
Web: http://www.ed.gov/ocr (http://www.ed.gov/ocr)

**Right to Appeal**

Students may appeal a University policy decision (whether financial or academic) when extenuating circumstances merit, and where supporting documentation exists. University departments may attempt to address student concerns through an informal issue resolution process, which is separate from the formal University level appeal procedure. Students may initiate an appeal through their Student Services Counselor.

Also, I acknowledge my understanding of the above information within this section of my student application. This includes receipt of or access to the University Policy Handbook and Academic Catalog.

| | | | |
|---|---|---|---|
| **Signature of Applicant:** | Matthew Feehan | **Date:** | 4/25/2022 |
| **Printed Name:** | | | |
| **Parent/Legal Guardian Signature:** | | **Date:** | |
| | (If the applicant is under 18 years of age.) | | |
| **Printed Name:** | | | |

# Bridge (Doctor of Business Administration: Data Analytics Quantitative Research)

Enrollment Agreement



| | |
|---|---|
| **Matthew Feehan** | **On File** |
| Student Name | SSN |
| **3405 Sahara Dr Apt 4** | |
| Street Address | |
| **Edinburg** | **TX**     **78541-0704** |
| City | State     Zip |
| **05/12/2022** | |
| Start Date | |

| | | |
|---|---|---|
| **Program Major:** | | **80 credits** |
| **Total Degree Requirements:** | | **80 credits** |
| **Required Program Major Courses** | | **Credits** |
| ACC-502 | Accounting Practices | 4 |
| FIN-504 | Finance Principles | 4 |
| SYM-506 | Applied Business Probability and Statistics | 4 |
| MKT-607 | Marketing Management | 4 |
| MIS-605 | Introduction to Databases | 4 |
| RES-815 | Introduction to Research | 3 |
| RES-820E | The Literature Landscape: Business | 3 |
| DBA-820 | Emerging Issues in Financial Management | 3 |
| MGT-820 | Using Business Analytics for Competitive Advantage | 3 |
| RES-831 | Foundations of Research Design 1 | 3 |
| RSD-851 | Residency: Dissertation | 3 |
| RES-832 | Foundations of Research Design 2 | 3 |
| DBA-831 | Analytic Foundations for Business Leaders | 3 |
| DBA-833 | Predictive Modeling | 3 |
| DBA-815 | Economics for Business Decisions | 3 |
| RES-842 | Designing a Quantitative Study 1 | 3 |
| RES-844 | Designing a Quantitative Study 2 | 3 |
| DBA-835 | The Sustainable Future | 3 |
| RSD-884 | Residency: The Quantitative Dissertation | 3 |
| DBA-839 | Enterprise Data Complexity | 3 |
| DBA-955 | Dissertation I | 3 |
| RES-874 | Quantitative Data Collection and Statistical Mechanics | 3 |
| DBA-960 | Dissertation II | 3 |
| RES-884 | Quantitative Data Analysis, Results, and Findings | 3 |
| DBA-965 | Dissertation III | 3 |
| **Required Program Major Course Total Credits** | | **80** |

**A minimum of 80 credits are required for completion of this program of study.**
**If taking one course at a time, this program will take a minimum of 50 months. Students with transfer credit that applies to this program will shorten the time to completion from that stated on this enrollment agreement.**

Total Program Credits: 80
Cost Per Credit: $622
Learning Service Management Fee Per Program: $550
Total Program Tuition and Fees: $56,860

<u>Estimated Additional Costs</u>
Book Costs: $2,030

Program cost is estimated based on current tuition rates and fees.
Costs for courses that require students to purchase a print textbook are based upon retail pricing provided by publishers and are subject to change. Costs for courses where materials are provided digitally are based upon the standard Canyon Connect fees. Costs may increase or decrease depending on electronic availability or publishers' book costs. A one-time Learning Management Service Fee will be charged to new students only. Students continuing from one degree program to another with Grand Canyon University will only be charged this fee for the first program.

**Non-Traditional Course Tuition Refund**
The University will refund tuition according to the following policy unless a student attending courses online is a resident of a state that requires the University to follow different guidelines. These state policies are listed in the State Refund Policies section of the University Policy Handbook. Refer to the Official Enrollment Status Change section of the University Policy Handbook for a complete explanation of the University's Withdrawal Policy.

Nontraditional Students who drop/withdraw from a course/all courses are eligible for the following refund:
Before Week 1………….…………100% tuition refund
During Week 1……………………. 75% tuition refund
During or after Week 2.………………………No refund

**Not Intended for Licensure**
This program is not intended to lead to licensure or certification in Arizona or any other US state or territory.

**Change of Program**
If students choose to change their program of study, they will be required to move into the current version of the program. Credits may not transfer from one program to the other and additional coursework may be necessary.

**Location and Professional Licensure**
GCU is required to determine the location of distance education students, evidenced by a student's address. If you are considering relocating, or have relocated to another state, territory, or outside of the United States during your program, whether relocation is permanent or temporary, you must contact your Student Services Counselor immediately to determine whether your Program of Study is available in the new location and whether it will lead to professional licensure in the new location. Students must do this before incurring any/additional financial obligations. The new location may have additional requirements that would need to be completed in order to be eligible for certification or licensure. Students are expected to conduct all field placements, practicum, or student teaching within the state in which they are located at the time of enrollment. Students who seek to conduct field placements, practicum, or student teaching in a state other than the state in which they are located, or who intend to seek licensure in a different state, must disclose this to their Student Services Counselor to determine whether field placement or licensure is possible in the desired location. In addition, GCU encourages students to contact their state licensure board to ensure the program will meet their needs.

**Interstate Moves**
GCU is required to determine the location of distance education students, evidenced by a student's address. If you are considering relocating or have relocated to another state or outside of the United States during your program, whether relocation is permanent or temporary, you must contact your Student Services Counselor immediately to determine whether your Program of Study is available in the new location.

**International Military Field Placements**
Military students who are located outside of the United States who are enrolled in programs that contain field placements must complete all placements on a base or at a Department of Defense approved location. Students are advised to contact a Field Experience Counselor to determine whether field experience can be completed. Students who cannot complete field placements on a base or in a DOD-approved location may be required to take a leave of absence until they return to a location at which placements are allowed.

**Data Use Disclosure**
Random samples of data (classroom curriculum projects, workshop evaluations, surveys, tests, and observations) may be selected, stripped of identifiers, and used as part of aggregate data to inform institutional effectiveness. Such samples will not be attributed to an individual student nor will the data influence grade or class standing.

**University and Program Technology Requirements**
Please refer to the University Policy Handbook for technology requirements.

**Sales/Use/Excise/Gross Receipts Taxes**
It is the policy of the University to collect and remit sales, use, excise and/or gross receipts taxes in compliance with state and local taxing jurisdiction regulations which require the University to remit tax where applicable. These regulations vary by location. Please note: It is also the policy of the University to require payment of sales, use, excise, and/or gross receipts tax. Payment of tax is ultimately the student's financial responsibility to the University regardless of financing arrangements.

Grand Canyon University™   3300 W Camelback Rd, Phoenix, AZ 85017 | www.gcu.edu | 1-855-GCU-LOPE
Case 7:23-cv-00287-FL     Document 28-2     Filed 12/06/23     Page 8 of 15
page 8 of 15

I understand and agree that all University programs follow a Program of Study, which can be changed by the University at any time, and I grant permission for continuous enrollment and scheduling in a Program of Study, unless I officially withdraw from the University or request a formal leave of absence. I further understand and agree that all Programs of Study are subject to the terms, conditions, and policies outlined in the University's enrollment application and the University's Policy Handbook.

To acknowledge your understanding of the above information presented on your Enrollment Agreement, and receipt of or access to the University Policy Handbook, please sign and date below.

| Matthew Feehan | 4/25/2022 |
|---|---|
| Signature | Date |

| **x** | |
|---|---|
| Parent/Legal Guardian Signature | Date |

| | 4/25/2022 |
|---|---|
| University Registrar | Date |

Texas NBDBDQN18B Effective Date: 11/19/2020

Case 7:23-cv-00287-FL Document 28-2 Filed 12/06/23 Page 9 of 15

# METHOD OF PAYMENT AND FINANCE

**Please indicate a primary and a secondary method of payment based on the options below.**

**Primary:** Military/Government Tuition
**Secondary:** Financial Aid Plan

## Payment Options

### Cash Plan:

Grand Canyon University accepts checks, Visa, MasterCard, Discover and American Express. All payments are subject to authorization by the issuing bank. Payment is due one week prior to the start of each course. Students may remit payment via the Student Portal and are required to complete an Authorization to Charge form.

### Direct Bill:

If you have an employer that has, or is willing to open, an account with Grand Canyon University, the Accounting Office will send a billing statement directly to your Employer. In order to qualify for this option, you must provide a Direct Bill voucher to your university counselor.

### Military Tuition Assistance:

The Armed Forces offers soldiers, sailors, marines, guardsmen, and airmen several programs to support their education goals including up to 100% Tuition Assistance for college courses taken during off-duty hours. Students that qualify for this type of payment method are required to contact their university counselor to acquire additional information.

### VA Benefits:

Veterans can receive a monthly benefit depending on the type of eligible benefit. This tax-free benefit can be used for tuition, books, fees, and living expenses while earning a degree or certification (including undergraduate and graduate degrees). Students that qualify for this type of payment method are required to contact their university counselor to acquire additional information.

### Tribal Funding:

Registered members of a Native American Tribe are eligible to apply for Tribal funding. Students must request a packet from their Tribal Higher Education Department, which contains the Financial Needs Analysis (FNA). Students must also complete the Free Application for Federal Student Aid (FAFSA) in accordance with federal policies. FNA's must be submitted annually to the Student Services Counselor prior to your Tribe's funding deadlines.

### Financial Aid[1]:

Financial Aid is financial assistance provided to students and families to help pay for postsecondary educational expenses in the form of scholarships, grants, loans[2], and in some cases work-study. Grand Canyon University receives money from numerous sources: the Federal Government, State Government, Private Sources and Civic Organizations and Churches. Please contact your Student Services Counselor for the specific types of aid you may be eligible to receive.

[1] I understand that I must be eligible to receive funds and my funds will not be awarded or disbursed until Grand Canyon University receives all required documentation to include official academic transcripts and I have been accepted into the University. Selecting this method of payment does not guarantee that all educational costs will be covered.

[2] Applying for Federal Grants and/or Loans require the completion of the Free Application for Federal Student Aid. Grants are need based and not available for graduate students. Loans are required to be repaid.

### GCU Employee Education Assistance:

Qualified GCU employees or their spouse/dependents may be eligible for tuition assistance. Criteria and application are available through the Human Resources office.

### Tuition Reimbursement[3]:

GCU will offer Tuition Reimbursement to students eligible for their company Tuition Reimbursement plan. To benefit from this option, students must complete a Deferred Payment Voucher with current and valid Credit Card information and the signature of a company representative, confirming the employee is eligible for the Tuition Reimbursement plan. Students are responsible for keeping their credit card information updated.

[3] Available for online Bachelor of Science in Nursing (RN-BSN) and Non-Advanced Practice Registered Nurse (APRN) Master of Science in Nursing (MSN) programs only.

### None:

I do not require a secondary method of payment. My primary method of payment will cover 100% of my tuition and fees.

# FINANCE AGREEMENT

Tuition rates are outlined in the University Academic Catalog, which is available at the following link: https://www.gcu.edu/admissions/tuition-and-financing.php. The University reserves the right to adjust tuition and fees at the beginning of any academic semester. I understand that Grand Canyon University might allow additional expenses, such as textbooks and fees, to be charged to my student account for convenience. I further understand that my Financial Aid may be automatically applied to these expenses. Depending on the course, students will either purchase textbooks or pay course materials fee in addition to the tuition charges listed above. A graduation fee is charged to all students prior to graduation.

I am in agreement with the charges as indicated here and elsewhere in University publications and understand that my tuition, applicable fees, and other charges assessed in accordance with Grand Canyon University's published financial policies are my responsibility and due upon enrollment. I accept responsibility for any balance unpaid by Financial Aid, Direct Bill agreement, or resulting from a returned check or credit card. A $25.00 fee will be charged for all returned checks. I understand that I am liable for all charges incurred after the date of this agreement. Failure to pay debt as agreed may result in withdrawal from Grand Canyon University. If it becomes necessary to enforce payment of this account, attorney's fees, court costs, and collection agency fees may be added to the amount owed. Grand Canyon University retains a security interest in all transcripts, diplomas, certificates, letters of recommendation, and grade reports which may not be released until debts are paid in full. I understand that the University may report to any credit bureau on credit granted and/or any account delinquencies.

I, the undersigned student, and parent/legal guardian (if any), warrant that I am of lawful age and have the capacity to enter this agreement as of the date of this contract. (Less than age 18 requires a parent/legal guardian's signature).

### HOLDER IN DUE COURSE STATEMENT
ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST SELLER GOODS OR SERVICES OBTAINED PURSUANT HERETO WITH PROCEEDS HEREOF. RECOVERY HEREUNDER BY SHALL NOT EXCEED AMOUNTS PAID BY HEREUNDER (FTC RULE EFFECTIVE 11/18/75).

### 3-DAY CANCELLATION NOTICE
An applicant who provides notice of cancellation within three days (excluding Saturday, Sunday and federal and state holidays) of signing an enrollment agreement is entitled to a refund of all monies paid no later than 30 days of the notification. Students may contact the Office of Academic Records in writing to Grand Canyon University, Office of Academic Records, P.O. Box 11097, Phoenix, AZ 85061-1097 within three (3) business days after the date of original signature. Students may also contact their University Counselor (UC) or Student Services Counselor (SSC) via email, or in writing. The UC or SSC will then notify the Office of Academic Records to expunge the record and the school shall provide the 100% refund.

| | | |
|---|---|---|
| **Signature of Applicant:** | Matthew Feehan | **Date:** 4/25/2022 |
| **Printed Name:** | | |
| **Parent/Legal Guardian Signature:** | | **Date:** |
| | (If the applicant is under 18 years of age.) | |
| **Printed Name:** | | |

# Family Educational Rights and Privacy Act (FERPA) of 1974

Under the provisions of the Family Educational Rights and Privacy Act of 1974, you have the right to allow Grand Canyon University to disclose your student records, either academic or financial, to a specific third party. In order to articulate this permission, students must complete the Student Information Release Form, which remains in effect for a period of one year. The form is available on the student portal. Examples of these disclosures include employers (for direct bill purposes), military (for tuition reimbursement) or for licensure (securing state certification). Without a Student Information Release Form, GCU will only disclose your FERPA protected information to you through the email address you have provided in this application for admission, your GCU student email or via voice mail or text per the permissions given earlier in this application.

Third parties must be able to verify identity in order for the University to release student information.

**Marketing Release**

As a student of Grand Canyon University, I realize that I may attend or participate in both on-campus and University-sponsored off campus classes, events, and other activities at which a photographer or videographer contracted by the University may be present. By signing below, I am granting full and irrevocable rights for the reproduction of any and all photographs, videos, and/or film taken of me to Grand Canyon University and/or its agents or appointees, for promotional use as directly related to the University and its programs and events.

**Obtaining Permissions**

In the event that content includes pictures or video / audio recording of students or any other third party, contributor is responsible to obtain written permission from them in advance of posting content to Grand Canyon University on iTunes U and YouTube. Contributors are responsible to maintain all obtained permissions in their records. Please contact iTunesU@gcu.edu if you have questions or need assistance.

**Research Release**

Your participation in research generated for and about the courses at Grand Canyon University may include submitting class materials generated for classes, filling out attitudinal surveys, and being interviewed by one of the researchers at Grand Canyon University. Your participation will begin upon your entrance into the program and will conclude upon your graduation. Your participation in any study conducted during your time as a student is completely voluntary. If you choose not to participate or withdraw from the study at any time, it will not affect your grade or placement within the program. The results of the research study may be published, but no personally identifying information will be used. By submitting this application, I give my consent to participate in the research studies conducted for and about the courses at Grand Canyon University. I understand that this will allow the University to use the materials I generate for use in their research. I also understand that this is voluntary and I may withdraw my consent at any time.

**Contact Release**

Under the Telemarketing Sales Rule ("TSR") through the Federal Trade of Commission, I understand Grand Canyon University may contact me concerning courses or course-related information by method of prerecorded messages. By signing below, I understand the policy and grant Grand Canyon University the right to contact me directly.

**Policies and Procedures Agreement**

I agree to comply with University rules and regulations during my course/Program of Study. I understand that the University has the right to cancel this Agreement and discontinue my admission to the University in the event that I do not comply with the rules and regulations that are published in the current University Policy Handbook, Academic Catalog, and Student Handbook, which I acknowledge are available to me on the University Website. The University also reserves the right to revise my admission status should I not maintain satisfactory academic progress or not pay tuition or other fees. To be eligible to graduate and receive a diploma, I must comply with the policies that are published within the University Policy Handbook and Academic Catalog, including satisfactory completion of all courses, fulfillment of all graduation requirements, and settlement of all financial obligations with the University.

As a Student, I acknowledge that I may participate in both mandatory and voluntary off-site events (including without limitation, classes, internships, externships, clinicals, training, student teaching, etc). I acknowledge that I may be personally responsible for my travel to such off-site events and therefore, may be operating a personal motor vehicle while traveling to and from off-site locations. In consideration for GCU allowing me to participate in said off-site events, I hereby knowingly, freely and voluntarily agree to waive, release and discharge any and all claims against GCU for damages for death, personal injury or property damage to myself or others that may arise as a result of my operating a motor vehicle while traveling to and from any off-site events.

As an Online Student, I acknowledge that I may participate in both mandatory and voluntary GCU-related events (including without limitation, classes, internships, externships, clinicals, training, student teaching, etc). I acknowledge that I may be personally responsible for my travel to such events and therefore, may be operating a personal motor vehicle while traveling to and from event locations. In consideration for GCU allowing me to participate in said events, I hereby knowingly, freely and voluntarily agree to waive, release and discharge any and all claims for damages against GCU for death, personal injury or property damage to myself or others that may arise as a result of my operating a motor vehicle while traveling to and from any GCU-related events.

To acknowledge your understanding of the information presented, please sign and date below.

**Signature of Applicant:** Matthew Feehan  **Date:** 4/25/2022

**Printed Name:**

**Parent/Legal Guardian Signature:**  **Date:**

(If the applicant is under 18 years of age.)

**Printed Name:**

## TOPICS TO DISCUSS WITH YOUR UNIVERSITY COUNSELOR

**Only check those that apply.**

- ☐ **Official High School Transcripts** *(incoming undergraduate students only)*
- ☐ **Official Post-Secondary Transcripts/Transcript Request Form**
- ☐ **Financial Aid Application (fafsa.ed.gov) GCU school code: 001074**
- ☐ **GCU Scholarship Application/MOU** *(if applicable)*
- ☐ **Attend a "Walk to Class" Webinar** *(online students only)*
- ☐ **Order Textbooks**
- ☐ **Current Active Personal Email on File**[*]

[*]All preliminary information will be sent to this address until you receive an official GCU email address at which time all official school correspondence will be directed to the GCU address. Please check your school email regularly.

## FINANCIAL AID APPLICATION PROCEDURES

If you choose financial aid as a method of payment, you must complete and submit a Free Application for Federal Student Aid (FAFSA). Complete the FAFSA online at fafsa.ed.gov Indicate your intent to attend Grand Canyon University on the FAFSA by using our six-digit school code (001074).

Completion of the FAFSA is the first step in determining your eligibility for federal grants, loans and student employment. Once your financial aid application has been processed, an award letter will be presented on your GCU Student Portal.

If you have any questions or concerns regarding the financial aid process, contact GCU's Office of Financial Aid at financialaid@gcu.edu or by phone 800-800-9776.

Complete your FAFSA as soon as possible to ensure availability of financial aid to meet your expenses of attending GCU.

## SIGNATURE OF RELEASE

**Signature of Applicant:** Matthew Feehan  **Date:** 4/25/2022
**Printed Name:**
**Parent/Legal Guardian Signature:** _____  **Date:** _____
(If the applicant is under 18 years of age.)
**Printed Name:**

Grand Canyon University™   3300 W Camelback Rd, Phoenix, AZ 85017 | www.gcu.edu | 1-855-GCU-LOPE
Case 7:23-cv-00287-FL   Document 28-2   Filed 12/06/23   Page 15 of 15
page 15 of 15