


DEPARTMENT OF VETERANS AFFAIRS
MUSKOGEE REGIONAL OFFICE
P.O. BOX 8888
MUSKOGEE OK 74402-8888

MAY 5, 2022

2001255_2384**********AUTO**MIXED AADC 200
MR. MATTHEW FEEHAN
APT 4
3405 SAHARA DR
EDINBURG, TX 78541-0703

T7 P1 

351/22
M FEEHA

Dear Mr. Feehan:

## Certificate of Eligibility

This certifies that you are entitled to benefits for an approved program of education or training under the Post-9/11 GI Bill (38 CFR 21.9590).

> **You must take this letter to your school. Your school must certify your enrollment before you can get paid (38 CFR 21.9720).**

You have 9 months and 4 days of full-time benefits remaining (38 CFR 21.9550).

You have no time limit to use your education benefits under the Post-9/11 GI Bill (38 USC 3321).



You're entitled to receive 100% of the benefits payable under the Post-9/11 GI Bill program for training offered by an institution of higher education. We determined this percentage based on your length of creditable active duty service (38 CFR 21.9640; 38 USC 3311). We based our decision on the following service information:

| Earliest Eligible Date | Latest Eligible Date | Service Length (in days) | Training Length (in days) | Total (Service/Training) |
|---|---|---|---|---|
| 08/25/2013 | 06/29/2021 | 977 | 0 | 977 |

Beginning August 25, 2013 and ending June 29, 2021, the veteran has accumulated 6 periods of service for an aggregate total of 977 days.

### Requirement to Verify Enrollment Status

Section 1010 of Public Law 116-315 now requires GI Bill beneficiaries who attend Institutes of Higher Learning and Non-College Degree programs to verify their continued enrollment status in order to continue receiving a monthly housing allowance (MHA) and/or kickers. If you do not receive either MHA or a kicker, you will not need to verify your enrollment status. **If you fail to verify your enrollment status for two consecutive months, VA will withhold your monthly housing allowance and/or kicker payments until we have received verification of your enrollment status (38 USC 3313(l)(1)(B)(3)).**



EXHIBIT B

002384-01



### How to Prepare for this Change

The most important way you can prepare for this change is to make sure that your VA Education records have an up-to-date mobile phone number and/or email address. If you are unsure that your education record contains up-to-date contact information, please contact us using one of the following methods:

Call the **Education Call Center at 1-888-GI-BILL-1** (1-888-442-4551) or (001-918-781-5678 when calling from outside the U.S.); Monday to Friday, 7 a.m. to 6 p.m. Central Time - TTY Federal Relay: 711

Or

Online through **Ask VA** at ask.va.gov. Please select "GI Bill" as the category for your question. If you have never used this system, you will need to create an account.

### How to Verify Your Enrollment

Once we have processed a term that is affected by the change, you should receive a text message from VA asking if you would like to use text messages to verify your enrollment. When you **opt-in**, we'll send you a text message each month asking if you continue to be enrolled.

You should also receive a payment letter that contains additional information about the verification requirement, including your options to verify. If you do not receive an automated opt-in text message by the time you receive the payment letter, please contact the **Education Call Center** to manually opt-in.

## Yellow Ribbon

Because you are eligible at the 100% benefit rate, you may also be eligible to participate in the Yellow Ribbon Program. The Yellow Ribbon Program allows schools to enter into an agreement with VA to provide additional financial assistance to individuals who are charged tuitions and fees that exceed the in-state maximum amount payable under the Post-9/11 GI Bill program. This benefit is only payable if the Post-9/11 GI Bill tuition and fee payment does not cover the full cost of your school's tuition and fees.

*Note: Individuals on active duty are not eligible for this program until August 1, 2022. The Yellow Ribbon Program is not available at all schools. To determine if your school participates, or to receive a list of Yellow Ribbon Program participating schools, please visit* http://www.benefits.va.gov/gibill/yellow_ribbon/yellow_ribbon_info_schools.asp

## Choosing the Right Career and Training

CareerScope® assesses your interests and aptitudes, gives career recommendations and helps you decide which courses or training programs you should focus on. To access CareerScope® please visit http://www.benefits.va.gov/gibill/careerscope.asp.



The GI Bill® Comparison tool allows you to compare estimated benefits by school. To access the tool please visit https://www.vets.gov/gi-bill-comparison-tool.

## What You Must Do

You should take this letter to your school's veterans certifying official as proof of your eligibility and ask him or her to submit your enrollment certification to VA. After your school submits your enrollment certification, your tuition and fees payment will be sent to the school on your behalf. All other payments will be sent directly to you.

## Debt Information

You must promptly notify your school's veterans certifying official and the VA. If there is any change in your enrollment, it may create a debt due to overpayment. Generally, VA cannot pay for:
- Courses you don't attend.
- Courses from which you withdraw.
- Courses you complete but receive a grade which will not count towards graduation.



> If you have a change of enrollment which resulted in an overpayment of tuition and fees or Yellow Ribbon, you may see that debt indicated as a tuition and fee or Yellow Ribbon debt amount to be collected. However, VA will not collect the tuition and fee or Yellow Ribbon debt from you. Rather, VA will collect this amount from your school. (Authority 38 U.S.C. 3685(b)) In turn, your school may require you to pay them any outstanding balance for tuition and fees or Yellow Ribbon. *VA will not manage* your tuition and fee or Yellow Ribbon debts anymore - *schools will hold these debts*. You will have to go through your school if you owe money for dropping a class or withdrawing from school. The school may be reaching out to you for the debt. It is important that you contact the school and work through any issues.
>
> For additional information regarding debts, please visit
> http://www.benefits.va.gov/gibill/resources/education_resources/debt_info.asp

- The Internet by visiting www.benefits.va.gov/gibill/
- Telephone by calling toll-free at 1-888-GI-BILL-1 (1-888-442-4551).
- Postal mail by sending correspondence to the address at the top of this letter.

## Career Counseling

The receipt of this Certificate of Eligibility (COE) means that you are also eligible for VA-provided professional career counseling services at any time during your eligibility period.
**Please note:** When considering the school(s) for which you would like to receive your educational training, we recommend that you research your perspective school using the GI Bill Comparison Tool and our "Factors to Consider When Choosing a School: A guide before using the G.I. Bill".

- GI Bill Comparison Tool: www.vets.gov/gi-bill-comparison-tool





- 'Factors to Choosing a School: A guide before using the GI Bill':
www.benefits.va.gov/gibill/docs/factsheets/choosing_a_school.pdf

Pay particular attention to whether your prospective school(s) has articulation agreements in place, what the agreement involves, and how it applies to credit transferability should you wish to transfer to a different school at a later date.

If you have questions, particularly about articulation agreements, or would like more information about career counseling services, you may call VA to speak directly with a customer service representative at 1-800-827-1000.

Additionally, if you are within six months of discharge, you may be eligible for VA's professional career counseling. For more information, call 1-800-827-1000.

## What You Should Do If You Disagree With Our Decision

If you do not agree with this decision, you have one year from the date of this letter to select a review option to preserve your earliest effective benefit date. The review options and their proper applications are as follows, for a(n):

- **Supplemental Claim**, complete **VA Form 20-0995**, *Decision Review Request: Supplemental Claim*
- **Higher-Level Review**, complete **VA Form 20-0996**, *Decision Review Request: Higher-Level Review*
- **Appeal to the Board**, complete **VA Form 10182**, *Decision Review Request: Board Appeal (Notice of Disagreement)*

Please see the enclosed **VA Form 20-0998**, *Your Rights to Seek Further Review of Our Decision*. It explains your options for an additional review. You may obtain any of the required applications by downloading them from www.va.gov/vaforms/ or by contacting us at 1 (888) GI BILL 1 (1-888-442-4551). You can also learn more about the disagreement process at www.va.gov/decision-reviews. If you would like to obtain or access evidence used in making this decision, please contact us as noted below. Some evidence may be obtained by signing in at www.va.gov.

## If You Have Questions or Need Assistance

| Website | www.va.gov |
|---|---|
| VA Forms | www.va.gov/vaforms |
| Frequently Asked Questions | www.va.gov/contact-us |
| Ask a Question Online: *Please select GI Bill as the category for your question.* | www.ask.va.gov |



| Mailing Address:<br>*Include your full name and VA file number on the inside of mailed correspondence (not on envelope)* | See address at the top of this letter |
|---|---|
| Education Call Center | 1-888-GI-BILL-1 (1-888-442-4551) (inside the U.S)<br>001-918-781-5678 (outside the U.S.) |
| TTY, Federal Relay | 711 |
| Veterans Crisis Line | 1-800-273-8255 and press 1 |
| VA Regional Office Location | www.va.gov/find-locations |
| GI Bill® Comparison Tool:<br>*This tool allows you to get information on a school's value and affordability; and to compare estimated benefits by school.* | www.va.gov/gi-bill-comparison-tool |

Sincerely,

Education Officer

Enclosures:   VA Form 20-0998
             VA-VBA-TED-Flyer-PCPG
cc:   MONICA IRELAN KARAS






# YOUR RIGHT TO SEEK REVIEW OF OUR DECISION

This document outlines your right to seek review of our decision on any issue with which you disagree. You may generally select one of three different review options for each issue decided by VA. However, you may not request review of the same issue using more than one option at the same time. Below is information on the three different review options.

| |  Supplemental Claim |  Higher-Level Review |  Board Appeal |
|---|---|---|---|
| **What Is This?** | A reviewer will determine whether new and relevant evidence changes the prior decision. | An experienced claims adjudicator will review your decision using the same evidence VA considered in the prior decision. | A Veterans Law Judge at the Board of Veterans' Appeals (Board) will review your decision. |
| **By Selecting This Option** | You are adding or identifying new and relevant evidence to support your claim that we did not previously consider. VA will assist you in gathering new and relevant evidence that you identify to support your claim. | You have no additional evidence to submit to support your claim, but you believe there was an error in the prior decision. You can request an optional, one-time, informal conference with a Higher-Level Reviewer to identify specific errors in the case, although requesting this conference may delay the review. | You must choose a docket: **Direct Review** - You do not want to submit evidence or have a hearing. **Evidence Submission** - You choose to submit additional evidence without a hearing. **Hearing** - You choose to have a hearing with a Veterans Law Judge. |
| **Total To Complete**  | **125 days** on average | **125 days** on average | **365 days** on average for Direct Review (longer for the other options) |
| **Form To File To Select This Option*** | VA Form 20-0995, *Decision Review Request: Supplemental Claim* | VA Form 20-0996, *Decision Review Request: Higher-Level Review* | VA Form 10182, *Decision Review Request: Board Appeal (Notice of Disagreement)* |
| **Further Options After This Decision Review** | You may request another Supplemental Claim, a Higher-Level Review, or a Board Appeal. | You may request a Supplemental Claim or a Board Appeal. | You may request a Supplemental Claim or appeal to the U.S. Court of Appeals for Veterans Claim |

* All forms listed above are available at www.va.gov/vaforms/.

For most VA benefits, **you have 1 year from the date on your decision notice to request a decision review to ensure the earliest possible effective date.** Consult your decision notice for specific limitations.

If you do not submit a decision review request within the required time, you may only seek review through the following:
- A request to revise the decision based on a clear and unmistakable error, or
- A Supplemental Claim. If you file a Supplemental Claim after the **1-year** time limit, the effective date for any resulting award of benefits generally will be tied to the date VA receives the Supplemental Claim.

VA FORM MAY 2021 **20-0998**   SUPERSEDES VA FORM 20-0998, JAN 2019   Page 1

002384-04

While most decision review options are available to you, there are limitations based on the type of decision you received.

- If you are a party to a **contested claim** - such as claims for apportionment, attorney fee disagreement, or multiple parties filing for survivor's benefits - your *only* option for disagreeing with your decision is to file a Board Appeal within **60 days** of the date on your decision notice.
- If you are seeking review of an **insurance decision** you have an *additional* option to challenge VA's decision by filing a complaint with a United States district court in the jurisdiction in which you reside within 6 years from when the right of action first accrues. Consult your decision notice for details on what options are available and where to send the request.

## Get Help with Your Review Request:

For more information on all the available review options, contact us at 1-800-827-1000 or visit www.va.gov/decision-reviews/. If you need help filing a decision review, you may want to work with an accredited attorney, claims agent, or a Veterans Service Organization (VSO) representative. Additional information about working with an accredited attorney, claims agent, or VSO representative is available at www.va.gov/decision-reviews/get-help-with-review-request/. You may also find a directory of accredited representatives at www.va.gov/vso.



DEPARTMENT OF VETERANS AFFAIRS

April 25, 2022

Matthew Feehan
3405 Sahara Dr Apt 4
Edinburg, TX 78541

In Reply Refer to:

27/eBenefits

Dear Mr. Feehan:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: 

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Army | Honorable | August 25, 2013 | December 19, 2013 |
| Army | Honorable | March 22, 2017 | March 21, 2018 |
| Army | Honorable | May 01, 2020 | June 29, 2021 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 50% |
| **You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities:** | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at