

## Doctoral Online Military Tuition Scholarship
Memorandum of Understanding

Congratulations on your decision to continue your educational goals with Grand Canyon University. In keeping with the University's long-standing tradition of providing excellent educational programs, we are excited to offer you the ***Doctoral Online Military Tuition Scholarship*** to be used for your doctoral degree.

In an effort to support those who are currently serving or who have served in the United States military (as well as their spouses), GCU is proud to offer you the Doctoral Online Military Tuition Scholarship which will allow you to complete your doctoral program at the scholarship tuition rate of $617.50 per credit hour. Active students will have this scholarship applied beginning with their next pay period.

You must meet the minimum requirements of maintaining Satisfactory Academic Progress throughout your program as defined in the University Policy Handbook, and maintaining eligibility for your military educational benefit.

This special military scholarship is only applicable to students (and dependents) who are eligible through military status and can provide one of the following supporting documents.

| | | | |
|---|---|---|---|
| o | Copy of DD-214 | o | VA Letter Certifying Military Service |
| o | Military Transcripts | o | Benefit Documentation (TA form, COE, VA Form 1905) |
| o | Letter from Commanding Officer | o | Copy of Military Orders |
| o | Leave and Earnings Statement (LES) | o | Copy of Military Personal Record |

**Please select Eligible Military Benefit:**  Chapter 33 (Post 911)

**Please select your Military Status:**  Veteran

**Please select your Military Branch:**  Army

*Please List ALL previously attended colleges on Apply.Gcu.edu application (transcripts are required prior to any military benefit certification)*

*All categories above must be completed, prior to processing this MOU.*

*By signing below, you acknowledge that all prior scholarship and/or special tuition offers are null and void. The University will honor the Memorandum of Understanding with the most recent issue date.*

*NOTE: This MOU must be attached to your admissions application for it to be valid and binding on the parties, regardless of signatures or any verbal statements made.*

Name: Matthew Feehan

GCU Student ID: 20966681

Signature: *Matthew Feehan*

GCU E-Signature Date: 5/6/2022

*Effective 5.1.20*

EXHIBIT C