# Grand Canyon University's Veterans Integrity and Responsibility Statement

**Personal Information:** *(Completed by University/Admissions Counselor)*

Last Name: Feehan     First Name: Matthew     Middle Initial: ___

CRM Number or Student Number: 20966681     Degree Program: Bridge DBA Program

Online, Cohort or Campus: NonTraditional     Anticipated Start Date: 5/26/2022

**Information to be Completed by Student:**

VA Chapter: 33

Select Branch of Service: Army

Select Military Status: Veteran

Select Spouse or Dependent *(if applicable)*: ___

**Please acknowledge each of the following statements that you have read and understand:**

- ✔ I am responsible for submitting ALL previous college transcripts to Grand Canyon University during the enrollment process to my University/admissions counselor to ensure accuracy in reporting VA entitlements.
- ✔ I will provide a copy of my Certificate of Eligibility to the Grand Canyon University VA Department immediately upon receipt from the Regional VA Office.
- ✔ I must be enrolled in a degree program offered by Grand Canyon University that is approved by the State Approving Agency to be eligible to receive VA entitlements.
- ✔ I must notify the Grand Canyon University VA Department if I change my degree program, dates of attendance or veteran's benefits being utilized.
- ✔ I understand certification of a course will not be submitted to the Regional VA office by Grand Canyon University until successful attendance has been posted in the course attending.
- ✔ Grand Canyon University does NOT offer "Advanced Payment" programs offered by the VA.
- ✔ I understand break or interval pay is no longer payable under any VA education benefit program.
- ✔ I understand Grand Canyon University will certify my benefits in two stages. An initial certification will be submitted with $0 Tuition and Fees. A subsequent certification will be submitted no later than 60 days at the beginning of the term.

I have read and acknowledged all the statements above. Per VA regulations, I understand Grand Canyon University will maintain a confidential student file containing all VA paperwork, records of academic progress and program pursuits for a minimum of three years from the last date of attendance. Grand Canyon reports class registration, attendance and final grades to the Federal VA for eligibility of payment. All payment questions should be directed to the Federal VA office at 888-442-4551.

Signature: *Matthew Feehan*     GCU E-Signature Date: 5/6/2022

**GRAND CANYON UNIVERSITY**     Office of Academic Records, P.O. Box 11097, Phoenix, AZ 85061-10...

Case 7:23-cv-00287-FL     Document 28-5     Filed 12/06/23     Page 1 of 1

EXHIBIT D