**Program Start Date**

**Student:** Matthew Feehan

**Student Number:** 20966681



EXHIBIT E