

# Registration Acknowledgement and Approval of Benefits

Grand Canyon University requires students receiving benefits paid by the US Department of Veterans Affairs to acknowledge approval to certify benefits under Section 1018 of Public Law 116-315:

- As a student of Grand Canyon University, I acknowledge and understand the following:
    - I approve the registration into my next course(s).
    - I would like my eligible benefits certified for my next course(s).
    - My benefits will not be certified without acknowledgement and approval via submission of this document.
    - If my course schedule changes, a new form is required, and prior certifications will be canceled.
    - If I withdraw from a course or receive a non-passing grade, I will be responsible to pay any outstanding balance due to GCU if there is a return of funds over-award payment required.

Please select all methods of payment that apply for my upcoming course(s):

```
MKT-607
```

- [ ] Cash
- [ ] Employer Payments
- [x] Federal Student Loans
- [ ] Federal PELL Grants
- [ ] Native American Tribal Funds
- [x] Military / VA Benefits

- [ ] Other

Military Tuition Assistance:

Veteran Affairs Chapter Benefits:
Chapter 33

I affirm and acknowledge that you understand all information listed above, and that all information is true and accurate.

Student Name: Matthew Feehan          Student Number: 20966681

Student's E-Signature: *Matthew Feehan*          GCU E-Signature Date: 3/18/2022

EXHIBIT F