**Attendance Records**

**Student:**               Matthew Feehan
**Student Number:**     20966681
All days/dates that reflect a value of 60 in the present column, type A = Positive Attendance



EXHIBIT
G
tabbies