VA File Number
███████████

Student Information
FEEHAN, MATTHEW
141 DORCHESTER AVE
APT 111
SOUTH BOSTON MA 02127-

Type of Training
Graduate

Name of Program
BUSINESS ADMINISTRATION - DBA;042;060

Credit for Prior Training
NA

| Enroll Dates | | Res | Dist | R/D | Clock | T&F | Yellow Ribbon | TT/FT= |
| Program | | | | | | | | |
| Begin | End | Hrs | Hrs | Hrs | Hrs | Amt | Amount | Out St |
| | | | | | | | | Chg |
| 05/26/2022 | 07/20/2022 | 0.0 | 4.0 | | | $2,270.00 | | |
| | | 4.0 | | | | | | |

Remarks

05/26/2022-07/20/2022: Lower level graduate course needed for the next level of training.

        <Change - of Address requested by School Certifying Official>

        CERTIFICATION: All Provisions on VA Form 22-1999 Are Certified.

| Date Signed | School Information |
| --- | --- |
| 06/02/2022 | EC MICHAEL JONES |
| | GRAND CANYON UNIVERSITY |
| | 3300 W CAMELBACK ROAD |
| | michael.jones2@gcu.edu |
| | PHOENIX AZ 85017- |



                    Electronically Received by VA: 06/03/2022

VA Form 22-1999
March 2009 OMB Control No. 2900-0073

                    EP Established
                    REVIEW VAONCE REMARKS
                    CHANGE OF STUDENT ADDRESS SUBMITTED BY SCHOOL
                    CHANGE IN FACILITY AND PROGRAM DETECTED
                    CHANGE IN OBJECTIVE DETECTED
                    NEW FACILITY CODE FOR CLAIMANT
                    CHANGE IN PROGRAM DETECTED
                    AWARD 3 LETTER PRODUCED

CertID: 56634650
TransID: 218426