

# GRAND CANYON UNIVERSITY

## Complete Withdrawal Request

| | |
|---|---|
| **Date Submitted:** | 6/13/2022 4:44:21 PM |
| **Student First Name:** | Matthew |
| **Student Last Name:** | Feehan |
| **Student Number:** | 20966681 |
| **Phone Number:** | (512) 660-1488 |
| **Cell Number:** | (512) 660-1488 |
| **Email:** | mfeehan2021@gmail.com |

I wish to withdraw from the university effective today and understand that I will no longer have access to my course(s) beginning tomorrow:   Yes

I wish to withdraw from the university at the end of my current course(s) and understand that after this/these course(s) end I will no longer be a student at GCU:   No

**Reason For Withdrawal**:
 See invoice.

**How Could GCU Have Better Served You?**
 Adhered to Christian principles.

I have consulted with my Student Services Counselor regarding the financial implications including any indebtedness that will result because of my decision to withdraw. I understand that I am responsible for payment of any balance on my student account.

**Initials:**   MF

Case 7:23-cv-00287-FL   Document 28-10   Filed 12/06/23   Page 1 of 17



EXHIBIT I