VA File Number

Student Information
FEEHAN, MATTHEW
73 BARRETT STREET APT 1049
NORTHAMPTON MA 01060-

Type of Training
Graduate

Name of Program
BUSINESS ADMINISTRATION - DBA;042;060

Credit for Prior Training
NA

| Enroll Dates | | Res Hrs | Dist Hrs | R/D Hrs | Clock Hrs | T&F Amt | Yellow Ribbon Amount | TT/FT= |
|---|---|---|---|---|---|---|---|---|
| Program Begin | End | | | | | | Out St Chg | |
| 05/26/2022 | 07/20/2022 | 0.0 | 4.0 | | | $2,938.00 | | 4.0 |

Remarks

05/26/2022-07/20/2022: Amends training period (05/26/2022-07/20/2022) on 1999 dated: 06/02/2022

05/26/2022-07/20/2022: Termination To Follow To Report Withdrawal

    &lt;Change - of Address requested by School Certifying Official&gt;

    CERTIFICATION: All Provisions on VA Form 22-1999 Are Certified.

| Date Signed | School Information |
|---|---|
| 06/22/2022 | EC LORALIE CLARK |
| | GRAND CANYON UNIVERSITY |
| | 3300 W CAMELBACK ROAD |
| | loralie.clark@gcu.edu |


EXHIBIT J

```
                    PHOENIX AZ 85017-
                    Facility Phone #
                    Facility Code 31006903


                        Electronically Received by VA: 06/23/2022
```

VA Form 22-1999
March 2009 OMB Control No. 2900-0073

```
                    REVIEW VAONCE REMARKS
                    CHANGE OF STUDENT ADDRESS SUBMITTED BY SCHOOL
                    CHANGE IN FACILITY AND PROGRAM DETECTED
                    CHANGE IN OBJECTIVE DETECTED
                    NEW FACILITY CODE FOR CLAIMANT
                    CHANGE IN PROGRAM DETECTED
                    MITIGATING CIRCUMSTANCES 1 LETTER PRODUCED
                    SCHOOL DEBT LETTER PRODUCED
                    EP Pending when Cert Received - No New EP
```
Established

CertID: 56837392
TransID: 219385