Notice of Change In Student Status VA-ONCE ver.P062 - Chapter 33

VA File Number

Student Information
FEEHAN, MATTHEW

Termination Information: Withdrawal after drop period - non-punitive grades assigned
Date of Termination: 06/06/2022
Period Beginning: 05/26/2022
Period Ending: 07/20/2022

| Enroll Dates Begin | End | Revised End Date | Res Hrs | Dist Hrs | R/D Hrs | Clock Hrs | T&F Amt | Yellow Ribbon Amount | TT/FT= Program Out St Chg |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/2022 | 07/20/2022 | | 0.0 | 4.0 | | | $2,938.00 | | |

Adjustment Change-In-Student-Status Certification

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/2022 | 07/20/2022 | | 0.0 | 0.0 | | | $2,938.00 | 4.0 | |

*** Withdrawal after drop period - non-punitive grades assigned *** Effective 06/06/2022 ***

It Is Hereby Certified That The Student's Status Changed On the Date Indicated And In Accordance With The Facts Shown Above.

| Date Signed | School Information |
|---|---|
| 06/22/2022 | EC LORALIE CLARK |
| | GRAND CANYON UNIVERSITY |
| | 3300 W CAMELBACK ROAD |
| | loralie.clark@gcu.edu |
| | PHOENIX AZ 85017- |
| | Facility Phone # |
| | Facility Code 31006903 |

Electronically Received by VA: 06/23/2022



VA Form 22-1999b
NOV 2008 OMB Control No. 2900-0156

                REVIEW VAONCE REMARKS
                CHANGE OF STUDENT ADDRESS SUBMITTED BY SCHOOL
                CHANGE IN FACILITY AND PROGRAM DETECTED
                CHANGE IN OBJECTIVE DETECTED
                NEW FACILITY CODE FOR CLAIMANT
                CHANGE IN PROGRAM DETECTED
                MITIGATING CIRCUMSTANCES 1 LETTER PRODUCED
                SCHOOL DEBT LETTER PRODUCED
                EP Established

CertID: 56837584
TransID: 219386