


DEPARTMENT OF VETERANS AFFAIRS
MUSKOGEE REGIONAL OFFICE
P.O. BOX 8888
MUSKOGEE OK 74402-8888

JUNE 29, 2022

2037917_5297********AUTO**ALL FOR AADC 852  T17 P2 
GRAND CANYON UNIVERSITY
ATTN VETERANS AFFAIRS DEPARTMENT
PO BOX 11010
PHOENIX, AZ 85061-1010

351/22
M FEEHA



Dear School Certifying Official:

We are writing to notify you about an overpayment of Post-9/11 GI Bill benefits for Matthew Feehan. Please ensure your Bursar's Office (or Financial Business Office) receives a copy of this letter.

On January 5, 2021, the President signed the *Johnny Isakson and David P. Roe, M.D. Veterans Health Care and Benefits Improvement Act of 2020, Public Law 116-315*. The new law requires schools and training providers to be financially responsible, instead of the student, for benefits paid directly to an educational institution. This applies to tuition and fee payments and Yellow Ribbon program payments under the Post-9/11 GI Bill (38 USC 3685(b)).

Our records show VA released payment(s) to your school as follows:

| Certified Enrollment Period | Tuition and Fees | Yellow Ribbon |
|---|---|---|
| May 26, 2022 - July 20, 2022 | $ 2,270.00 | $ 0.00 |

GRAND CANYON UNIVERSITY must return the payment(s) for enrollment beginning May 26, 2022 for the reason(s) below:

## How Much Is Owed

Total overpayment of **$2,270.00** for GRAND CANYON UNIVERSITY during the term that began on **May 26, 2022** was determined as follows:

- **Tuition and Fees:** We paid $2,270.00 for 4 credit hours; however, GRAND CANYON UNIVERSITY is only due $0.00 based on the claimant's current course load of 0 credit hours. The Tuition and Fees overpayment is $2,270.00.

## Returning Funds

Our Debt Management Center will send you additional information about the amount of the debt and how to repay it.

## Questions

- If you returned the funds to VA before receipt of this letter and wish to confirm the debt has





been resolved, please call our VA Education Call Center at 1-888-GI Bill-1 (1-888-442-4551).
- If you have questions about the reason for this debt, please call our VA Education Call Center at 1-888-GI-Bill-1 (1-888-442-4551). If you use the Telecommunications Device for the Deaf (TDD), the Federal number is 711.
- If you have questions about how to repay this debt, please call our Debt Management Center toll-free at 1-800-827-0648.

**Student Information:** You have had a change of enrollment which resulted in an overpayment of tuition and fees. You may have also been notified of or may soon receive another notification from VA indicating the tuition and fee debt amount to be collected. However, VA will not collect the tuition and fee debt from you. Rather, VA will collect this amount from your school. In turn, your school may require you to pay them any outstanding balance for tuition and fees. <u>**VA will not manage**</u> your tuition and fee debts anymore - <u>**schools will hold these debts**</u>. You will have to go through your school if you owe money for dropping a class or withdrawing from school. The school may be reaching out to you for the debt. It is important that you contact the school and work through any issues.

Sincerely,

Education Officer

cc: Matthew Feehan
    MONICA IRELAN KARAS