


EXHIBIT M



**DEPARTMENT OF VETERANS AFFAIRS**
Debt Management Center
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN 55111-0930

JULY 8, 2022

2043377_2661********AUTO**ALL FOR AADC 852       T7 P2
GRAND CANYON UNIVERSITY
Attn Veterans Affairs Department
PO BOX 11010
PHOENIX, AZ 85061-1010

| | |
|---|---|
| File Number: | ▮▮▮▮ |
| Payee Number: | 00 |
| Person Entitled: | M FEEH |
| Deduction Code: | 75 |
| E-Mail Address: | dmcedu.vbaspl@va.gov |

(Please provide the information above on any e-mail correspondence)

The Department of Veterans Affairs recently notified you that education benefits were adjusted due to non-entitlement. Since the funds for this enrollment were sent directly to the school, we ask that you return these funds.

Student Name: MATTHEW FEEHAN          Facility: 31006903  Amt: $   2,270.00
Term Date(s): 05/26/2022-07/20/2022

### WHAT ARE YOUR RIGHTS

You have the right to dispute either the existence or amount of the debt. Your request should be submitted in writing and should explain why you are disputing the debt. You have the right to inspect and copy VA records associated with the debt. You have an opportunity for a review within the Agency of the decision related to the establishment of the debt.

### WHAT IF YOU IGNORE THIS LETTER

If the debt remains unpaid, your account could be referred to the Department of the Treasury for offset under the Treasury Offset Program (TOP). If the debt is scheduled for referral to Treasury and we hear from you within 30 days of the referral notice, exercising one of the rights described above, we will suspend referral until the issue has been addressed.

### IF YOU HAVE QUESTIONS

If you have questions regarding payment of the debt, you should contact the VA Debt Management Center at 1-833-720-2574. If calling from outside the U.S., please dial 1-612-843-6508. Payment options are described on the back of this letter. Our office hours are 6:30 AM to 6:00 PM Central Time. Please note that we experience our highest call volumes on Mondays and throughout the first week of each month. By avoiding these peak times, you will minimize your wait time. Your call may be monitored to ensure quality information. You can also contact us via email at dmcedu.vbaspl@va.gov. If you have questions regarding specific Veterans or payments, please submit a separate inquiry for each.



*FOR PROPER CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN WITH YOUR PAYMENT*

---

**Department of Veterans Affairs**     2022189     **PAYMENT REMITTANCE**

▮▮▮▮ 0075132706050827     0075 13270605050827 0227000 1



| | | AMOUNT ENCLOSED | ENTER YOUR CURRENT ADDRESS BELOW ONLY IF THE ONE ABOVE IS INCORRECT. PLEASE INCLUDE YOUR ZIP CODE. |
|---|---|---|---|
| * FILE NO. ▶ | ▮▮▮▮ | $ | |
| PAYEE NO. ▶ | 00 | | |
| PERSON ENTITLED ▶ | M FEEH | YOUR TELEPHONE NO. (Include Area Code) | |
| DEDUCTION CODE ▶ | 75 | | |

* Please include this number on your check or money order.

Case 7:23-cv-00287-FL    Document 28-14    Filed 12/06/23    Page 1 of 2

FL 4-568, JUN 2021                                                                 002661-01 of 01

## WHAT ARE YOUR OPTIONS
You have the option to pay the full debt in one payment
- To pay online at www.pay.va.gov. Click "Pay online." You can choose between paying from your bank account or by credit card. You will find instructions on the web page. Please ensure you reference the correct payee number when making an online payment.
- To pay by phone, call us at 1-833-720-2574. If calling from outside the U.S., please dial 1-612-843-6508. You may choose to pay from your bank account or credit card.
- To pay by check or money order make it payable to "U.S. Department of Veterans Affairs." Please include the student's name and VA file number or Social Security number on your check or money order to ensure proper credit.

If you cannot pay the debt in full, we will work with you to establish a monthly payment schedule to clear the balance within a reasonable time frame. Please contact us via email at dmcedu.vbaspl@va.gov with your request.

VA can consider a compromise offer, which is a lesser amount, as full settlement of the debt. To make an offer, you should send an email to dmcedu.vbaspl@va.gov stating you are making a compromise offer and specify the amount you wish to pay. If accepted, you will be advised of the settlement terms which are required to be paid in a lump sum within 30 days of acceptance. Do not send payment until you receive a decision notice accepting the offer.

If you disagree with the debt, you should contact DMC via email at dmcedu.vbaspl@va.gov and explain that you dispute the debt. Please use "Dispute-School Debt" as the email subject line. Your dispute must explain why you believe the debt is incorrect.

## NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the day after we process your payment, and you will not receive your check back from your financial institution. For inquiries, please call 1-833-720-2574. If calling from outside the U.S., please dial 1-612-843-6508.

Respectfully,

Debt Management Center
U.S. Department of Veterans Affairs

Enclosures

Case 7:23-cv-00287-FL   Document 28-14   Filed 12/06/23   Page 2 of 2

CARBKB JUN 2021                                                                                                002661-01 of 01