



**DEPARTMENT OF VETERANS AFFAIRS**
Debt Management Center
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN 55111-0930

AUGUST 7, 2022

2064390_1452**********AUTO**MIXED AADC 200   T3 P1 
GRAND CANYON UNIVERSITY
Attn VA Dept
PO BOX 11010
PHOENIX, AZ 85061-1010

File Number: ███████
Payee Number: 00
Person Entitled: M FEEH
Deduction Code: 75
E-Mail Address: dmcedu.vbaspl@va.gov
(Please provide the information above on any e-mail correspondence)

You were previously notified that education benefits for MATTHEW FEEHAN were adjusted resulting in the creation of a debt. The balance on that account is now $ 2,270.00. If you already sent funds to the VA for payment of this account, please advise this office where you sent the payment, and provide the amount and the date of the payment. If you have a copy of the cancelled check, please provide this office with a copy of the front and back of the check. If you have not returned the funds to the VA and sent the funds to the student in error, you are responsible for the debt. Your payment options are listed on the back of this letter.

**WHAT IF YOU IGNORE THIS LETTER**
We may refer your account to the Department of the Treasury for further collection, which will include offset of any federal payment to which you are entitled. In addition, the Department of the Treasury may refer your account to private collection agencies, which will result in additional fees, interest and penalties being added to the balance.

**IF YOU HAVE QUESTIONS**
If you have questions regarding payment of the debt, you should contact the VA Debt Management Center at 1-833-720-2574. If calling from outside the U.S., please dial 1-612-843-6508. Our office hours are 6:30 AM to 6:00 PM Central Time. Please note that we experience our highest call volumes on Mondays and throughout the first week of each month. By avoiding these peak times, you will minimize your wait time. Your call may be monitored to ensure quality information. You can also contact us via e-mail at dmcedu.vbaspl@va.gov. If you have questions regarding specific students or payments, please submit a separate inquiry for each.

Respectfully,

Debt Management Center
U.S. Department of Veterans Affairs

---

FOR PROPER CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN WITH YOUR PAYMENT

  2022220   **PAYMENT REMITTANCE**

███████ 00751327060505O827   ███████  0075 1327060505O827 0227000 1

| * FILE NO. ▶ | ███████ | AMOUNT ENCLOSED | ENTER YOUR CURRENT ADDRESS BELOW ONLY IF THE ONE ABOVE IS INCORRECT. PLEASE INCLUDE YOUR ZIP CODE. |
|---|---|---|---|
| PAYEE NO. ▶ | 00 | $ | |
| PERSON ENTITLED ▶ | M FEEH | YOUR TELEPHONE NO. (Include Area Code) | |
| DEDUCTION CODE ▶ | 75 | | |

* Please include this number on your check or money order.

FL 4-573, JUN 2021
001452-01 of 01

Case 7:23-cv-00287-FL   Document 28-15   Filed 12/06/23   Page 1 of 2

**Johnny Isakson and David P. Roe, M.D. Veterans Health Care and Benefits Improvement Act of 2020**

The Johnny Isakson and David P. Roe, M.D. Veterans Health Care and Benefits Improvement Act of 2020 (P.L.116-315) was enacted on January 5, 2021. Section 1019 requires schools to be financially responsible for benefits paid under the Post-9/11 GI Bill for tuition and fees and/or the Yellow Ribbon program.

If you disagree with the debt, you should contact the DMC via email at dmcedu.vbaspl@va.gov and explain that you dispute the debt. Please use "Dispute-School Debt" as the email subject line. Your dispute must explain why you believe the debt is incorrect.

## WHAT ARE YOUR OPTIONS
You have the option to pay the full debt in one payment:
- To pay online visit www.pay.va.gov. Click "Pay Online." You can choose between paying from your bank account or by credit card. You will find instructions on the web page. Please ensure you reference the correct payee number when making an online payment.
- To pay by phone, call us at 1-833-720-2574. If calling from outside the U.S., please dial 1-612-843-6508. You may choose to pay from your bank account or credit card.
- To pay by check or money order make it payable to "U.S. Department of Veterans Affairs." Please include the student's name and VA file number or Social Security number on your check or money order to ensure proper credit.

If you cannot pay the debt in full, we will work with you to establish a monthly payment schedule to clear the balance within a reasonable time frame. Please contact us via email at dmcedu.vbaspl@va.gov with your request.

VA can consider a compromise offer, which is a lesser amount, as full settlement of the debt. To make an offer, you should send an email to dmcedu.vbaspl@va.gov stating that you are making a compromise offer and specify the amount you wish to pay. If accepted, you will be advised of the settlement terms which are required to be paid in a lump sum within 30 days of acceptance. Do not send payment until you receive a decision notice accepting the offer.

## NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the day after we process your payment, and you will not receive your check back from your financial institution. For inquiries, please call 1-833-720-2574. If calling outside the U.S., please call 1-612-843-6508.

CARBKA
JUN 2021

Case 7:23-cv-00287-FL    Document 28-15    Filed 12/06/23    Page 2 of 2

001452-01 of 01