


**EXHIBIT O**



**DEPARTMENT OF VETERANS AFFAIRS**
Debt Management Center
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN 55111-0930

SEPTEMBER 7, 2022

2087915_556**********AUTO**MIXED AADC 200     T2 P1
GRAND CANYON UNIVERSITY
Attn VA Dept
PO BOX 11010
PHOENIX, AZ 85061-1010

| | |
|---|---|
| File Number: | [redacted] |
| Payee Number: | 00 |
| Person Entitled: | M FEEH |
| Deduction Code: | 75 |
| E-Mail Address: | dmcedu.vbaspl@va.gov |

(Please provide the information above on any e-mail correspondence)

You have a delinquent student tuition debt for MATTHEW FEEHAN with the Department of Veterans Affairs. The balance is $ 2,270.00. We have tried to contact you on numerous occasions to satisfy this debt. If you do not pay the balance in full or establish a satisfactory payment agreement within 60 days, we will refer your debt to the Department of the Treasury for offset under the Treasury Offset Program (TOP).

Under TOP, the Department of the Treasury will collect this debt by reducing or withholding Federal and State payment(s), not protected by law, to which you are entitled. This offset process is authorized by the Debt Collection Improvement Act of 1996. (VA benefits on behalf of a student are typically protected by law.)

Before we refer your debt to TOP, we are required to tell you that you have the right to inspect and copy records related to the debt. As we advised you in our first collection letter, you have the right to contest either the existence or amount of the debt. Your request should be submitted in writing and should explain why you are contesting the debt. You also have the opportunity for a review within the Agency of the decision related to the establishment of the debt. If you respond to this letter within 30 days, exercising one of these rights, we will suspend referral action until the issue is addressed.



You must pay the debt in full or establish a satisfactory payment plan with our office within 60 days of the date of this letter to avoid referral to TOP. If you have questions about the repayment process, please call our office on the toll-free number shown below. Please include the remittance stub at the bottom of this letter with any payment you send to our office. If you have any questions regarding the debt or actions you need to take to prevent referral, please call the VA Debt Management Center at 1-800-827-0648. Our office hours are 6:30 AM to 6:00 PM Central Time. Visit www.va.gov/debtman for Saturday availability. Please note we experience our highest call volumes on Mondays and throughout the first week of each month. By avoiding these peak times, you will minimize your wait time. Your call may be monitored to ensure quality information. You can also contact us via e-mail at dmcedu.vbaspl@va.gov. If you have questions regarding specific Veterans or payments, please submit a separate inquiry for each.

---

*FOR PROPER CREDIT TO YOUR ACCOUNT, PLEASE DETACH AND RETURN WITH YOUR PAYMENT*

**Department of Veterans Affairs** | 2022250 | **PAYMENT REMITTANCE**

00751327060505 0827     0075 13270605050827 0227000 1

| FILE NO. ▶ | [redacted] | AMOUNT ENCLOSED $ | ENTER YOUR CURRENT ADDRESS BELOW ONLY IF THE ONE ABOVE IS INCORRECT. PLEASE INCLUDE YOUR ZIP CODE. |
|---|---|---|---|
| PAYEE NO. ▶ | 00 | | |
| PERSON ENTITLED ▶ | M FEEH | YOUR TELEPHONE NO. (Include Area Code) | |
| DEDUCTION CODE ▶ | 75 | | |

* Please include  Case 7:23-cv-00287-FL check or money order. Document 28-16 Filed 12/06/23 Page 1 of 1

FL 4-577, JAN 2019                                                                                                000556-01 of 01