

**DEPARTMENT OF VETERANS AFFAIRS**
**Debt Management Center**
Bishop Henry Whipple Federal Building
P.O. Box 11930
St. Paul, MN 55111-0930

SEPTEMBER 22, 2022

•

GRAND CANYON UNIVERSITY
ATTENTION VA DEPARTMENT
PO BOX 11010
PHOENIX, AZ   85061

File Number:
Payee Number:        00
Person Entitled:     M FEEH
Deduction Code:      75
Questions? https://iris.custhelp.va.gov/app/ask/
(Please provide the information above
on any IRIS correspondence)

We have received your payment of $     2270.00     for your Student Education
indebtedness.   Your account is now PAID IN FULL.  Please do not send any further
payments.

Chief, Operations Division

FL 4-554
OCT 2018

Case 7:23-cv-00287-FL    Document 28-17    Filed 12/06/23    Page 1 of 1


EXHIBIT
P